IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LORNA J. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-07-574-R |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the Commissioner's final decision denying Plaintiff's applications for disability insurance benefits and supplemental security income. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On May 6, 2008, Judge Couch issued a Report and Recommendation wherein she recommended that the decision of the Commissioner be reversed and remanded for an immediate award of benefits. The record reflects that Defendant has not objected to the Report and Recommendation nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety and this matter is remanded for an immediate award of benefits as set forth in the Report and Recommendation. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 30th day of May 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE